The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARBARA L. SLIVA,

                Plaintiff,

v.

ROGERS MACHINERY CORPORATION,
INC., an Oregon corporation,

                Defendant.

No. 3:05-cv-05523-JKA

**ORDER OF DISMISSAL**

Based upon the Stipulation of Dismissal of the parties, it is hereby ordered that all claims in the above-captioned case are dismissed with prejudice and without costs or attorney fees to any party.

Dated this 29th day of December, 2005.

*/s/ J. Kelley Arnold*
Judge J. Kelley Arnold

ORDER OF DISMISSAL - 1

**BARRAN LIEBMAN LLP**
601 SW SECOND AVENUE, SUITE 2300
PORTLAND, OR 97204-3159
PHONE (503) 228-0500  FAX (503) 274-1212

00075595.DOC /